UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| GARY D. HAMMELL, | Civil No. 3:19-CV-05391-JRC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on defendant's Motion for an Extension of Time and representation that plaintiff has no opposition (*see* Dkt. 8, at 2), it is hereby ORDERED that the deadline in which to file a response to plaintiff's complaint shall be amended as follows: defendant shall have up to and including August 5, 2019, to file a response to plaintiff's complaint.

Dated this 19th day of July, 2019.

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:19-CV-05391-JRC]